IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

GEORGE SAGE-ALLISON
AND LU LU SAGE-ALLISON

    Plaintiff,

v.                                           No. 07CV25 WPJ/WDS

NOVARTIS PHARMACEUTICALS CORP.,
a foreign corporation and LOVELACE
SANDIA HEALTH SYSTEM INC., a
domestic corporation,

    Defendants.

## BRIEFING SCHEDULE

Having considered the positions and arguments of the parties at the Rule 16 Initial Scheduling Conference conducted on this date, the Court sets the following briefing schedule:

1. Defendants' Motion to Strike Plaintiff's Expert shall be filed on or before January 31, 2013;

2. Defendants' Motion to File Supplemental Briefing in their *Daubert* and summary judgment motions shall be filed on or before January 31, 2013;

3. All other motions shall be filed within thirty days of the parties receiving a decision on the above-referenced motions;

4. An additional scheduling conference may be held if necessary.

                                                                   _____
                                                                   W. Daniel Schneider
                                                                   United States Magistrate Judge