IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

GEORGE SAGE-ALLISON
and LU LU SAGE-ALLISON,

      Plaintiffs,

vs.                                                Civ. No. 07-25 KG/ACT

NOVARTIS PHARMACEUTICALS
CORPORATION,

      Defendant.

**ORDER**

**THIS MATTER** comes before the Court on the Proposed Findings and Recommended Disposition regarding Defendant's Motion to File Supplemental Briefing by United States Magistrate Judge Alan C. Torgerson, filed November 21, 2013. [Doc. 53.] The parties have not filed any objections.

The Court has reviewed the Proposed Findings and Recommended Disposition to determine whether the recommendations are clearly erroneous, arbitrary, obviously contrary to law, or an abuse of discretion. The Court has determined that they are not.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Proposed Findings and Recommended Disposition regarding Defendant's Motion to File Supplemental Briefing [Doc. 53] are adopted.

**IT IS FURTHER ORDERED** that Defendant's Motion to File Supplemental Briefing [Doc. 22] is granted in part.

_____
**UNITED STATES DISTRICT JUDGE**