IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO\

GEORGE SAGE-ALLISON
and LU LU SAGE-ALLISON,

    Plaintiffs,

vs.                                      Civ. No.  07-25 KG/GBW

NOVARTIS PHARMACEUTICALS
CORPORATION,

    Defendant.

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

This matter is before the Court on Magistrate Judge Alan C. Torgerson's Proposed Findings and Recommended Disposition (PFRD), filed November 25, 2013.  (Doc. 54).  On December 12, 2013, Plaintiff[1] filed objections to the PFRD.  (Doc. 57).  On December 19, 2013, Defendant filed a response to the objections, and Plaintiff filed a reply to the response on December 30, 2013.  (Doc. 59) and (Doc. 60).  On February 4, 2014, Defendant filed a notice of supplemental authority.  (Doc. 66).  Having reviewed the PFRD, objections, response, reply, and notice of supplemental authority, the Court overrules the objections and adopts the PFRD.

A party is entitled to file and serve written objections to a Magistrate Judge's proposed findings and recommendations.  *See* 28 U.S.C. § 636(b).  For the Court to reconsider proposed findings and recommendations, Plaintiff must show "that the magistrate judge's order is clearly erroneous or contrary to law."  *See id.* at § 636(b)(1)(A).  Having considered *de novo* those portions of the PFRD to which Plaintiff objects, the Court cannot conclude that any part of the

---

[1] Plaintiff George Sage-Allison passed away on October 31, 2007.  *See* (Doc. 54) at 4 n.4.

PFRD is clearly erroneous or contrary to law.  The Court, therefore, determines that Plaintiff's objections are not well-taken and will be overruled.  Hence, the Court will adopt the PFRD.

IT IS HEREBY ORDERED that

1. Plaintiff's objections (Doc. 57) are overruled; and

2. the Proposed Findings and Recommended Disposition (Doc. 54) are adopted.

_____
UNITED STATES DISTRICT JUDGE