IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

GEORGE SAGE-ALLISON AND
LU LU SAGE-ALISON

      Plaintiff,

vs.                CIVIL NO. 07-CV-25 ACT/KJG

NOVARTIS PHARMACEUTICALS CORP.,

      Defendant.

**ORDER ON THE PARTIES' STIPULATION TO EXTEND TIME**

After considering the parties' stipulation to extend time for Plaintiff to file objections to Magistrate Judge Wormuth's Proposed Findings and Recommended Disposition, the Court

FINDS that there is cause to extend the time for Plaintiff to file objections to Magistrate Judge Wormuth's Proposed Findings and Recommended Disposition.

Therefore, the Court adopts the parties' stipulation and extends the time for Plaintiff to file objections to Magistrate Judge Wormuth's Proposed Findings and Recommended Disposition until October 16, 2014.

SIGNED on September 15, 2014.

                        _____
                        U.S. DISTRICT JUDGE

APPROVED & ENTRY REQUESTED:

/s/*Turner W. Branch*
Turner W. Branch
(tbranch@branchlawfirm.com)
Adam T. Funk
Branch Law Firm
2025 Rio Grande Blvd., NW
Albuquerque, NM 87104
(505) 243-3500
(505) 243-8319 (fax)

*Attorneys for Plaintiffs George and Lu Lu Sage-Allison*

/s/*Adam G. Rankin*
Bradford C. Berge
(bberge@hollandhart.com)
Adam G. Ranking
(agranking@hollandhart.com)
Holland & Hart LLP
P.O. Box 2208
110 N. Guadalupe Street, Suite 1
Santa Fe, NM 87504-2208
(505) 988-4421
(505) 983-6043 (fax)

Katharine R. Latimer
Catherine R. Baumer
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, DC 20005
(202) 898-5800
(202) 682-1639 (fax)

*Attorneys for Defendant Novartis Pharmaceuticals Corporation*