# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

GEORGE SAGE-ALLISON AND
LU LU SAGE-ALISON

                         Plaintiff,

vs.                                            NO. CIV 07-0025 KG-GBW

NOVARTIS PHARMACEUTICALS CORP.,

                         Defendant.

## ORDER ON THE PARTIES' STIPULATION TO EXTEND TIME

After considering the parties' stipulation to extend time for Plaintiff to file objections to Magistrate Judge Wormuth's *Proposed Findings and Recommended Disposition*, the Court FINDS:

1. Magistrate Judge Wormuth filed *Proposed Findings and Recommended Disposition* (Doc. 75) on September, 2, 2014;

2. The parties have failed to establish sufficient basis in which the deadline to file Objections to the *Proposed Findings and Recommended Disposition* should be extended until February 13, 2015;

3. The Court will grant thirty (30) days from the date of this order, until December 17, 2014, to file objections to the *Proposed Findings and Recommended Disposition*; and

4. No other extensions will be granted.

SIGNED on November 17, 2014.

_____
UNITED STATES DISTRICT JUDGE