IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

GEORGE SAGE-ALLISON
and LU LU SAGE-ALLISON,

      Plaintiffs,

vs.                                                                          Civ. No. 07-25 KG/GBW

NOVARTIS PHARMACEUTICALS
CORPORATION,

      Defendant.

## ORDER

**THIS MATTER** comes before the Court on the Proposed Findings and Recommended Disposition regarding Defendant's Summary Judgment Motion, Supplemental Summary Judgment Motion, and *Daubert* Motion to Exclude Causation Testimony of Plaintiffs' Non-Retained Experts. (Doc. 75). The Court granted the parties stipulation to extend time for Plaintiffs to file objections to the Magistrate Judge's Proposed Findings and Recommended Disposition to and including December 17, 2014. The parties have not filed any objections.

The Court has reviewed the Proposed Findings and Recommended Disposition to determine whether the recommendations are clearly erroneous, arbitrary, obviously contrary to law, or an abuse of discretion. The Court has determined that they are not.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Proposed Findings and Recommended Disposition regarding Defendant's Summary Judgment Motion, Supplemental Summary Judgment Motion, and *Daubert* Motion to Exclude Causation Testimony of Plaintiffs' Non-Retained Experts (Doc. 75) are adopted.

_____
**UNITED STATES DISTRICT JUDGE**