IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

GEORGE SAGE-ALLISON and
LU LU SAGE-ALLISON,

    Plaintiffs,

v.                                      Case No. 7-cv-25 KG/GBW

NOVARTIS PHARMACEUTICALS
CORPORATION,

    Defendant.

## FINAL ORDER

Pursuant to the Order entered concurrently herewith, the Court enters this Final Order, under Fed. R. Civ. P. 58, DISMISSING all remaining claims against Defendant, and the Complaint, WITH PREJUDICE.

_____
UNITED STATES DISTRICT JUDGE