IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

GEORGE SAGE-ALLISON AND
LU LU SAGE-ALISON

        Plaintiff,

vs.                                              CIVIL NO. 07-0025 KG/GBW

NOVARTIS PHARMACEUTICALS CORP.,

        Defendant.

ORDER ON AGREED MOTION TO
EXTEND TIME TO FILE NOTICE OF APPEAL

After considering the agreed motion to extend the time to file notice of appeal, the Court

GRANTS the motion and extends the time to file the notice of appeal until March 5, 2015.

SIGNED on January 22, 2015.

                                                       UNITED STATES DISTRICT JUDGE

APPROVED & ENTRY REQUESTED:

/s/*Adam T. Funk*
Turner W. Branch
(tbranch@branchlawfirm.com)
Adam T. Funk
Branch Law Firm
2025 Rio Grande Blvd., NW
Albuquerque, NM  87104
(505) 243-3500
(505) 243-8319 (fax)
*Attorneys for Plaintiffs George and*
*Lu Lu Sage-Allison*

Bradford C. Berge
(bberge@hollandhart.com)
Holland & Hart LLP
P.O. Box 2208
110 N. Guadalupe Street, Suite 1
Santa Fe, NM  87504-2208
(505) 988-4421
(505) 983-6043 (fax)

Katharine R. Latimer
Patrick R. Harkins
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, DC  20005
(202) 898-5800
(202) 682-1639 (fax)

*Attorneys for Defendant*
*Novartis Pharmaceuticals Corporation*